Hand-Delivered

FILED
CHARLOTTE, NC

AUG 13 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

Brittney Moseley,
Plaintiff,

v.

Latino Community Credit Union, Defendant.

Case No.: 3:25-CV-401-KDB 08/13/2025

*2ND AMENDED COMPLAINT / MOTION TO CORRECT 1st AMENDED COMPLAINT*

Plaintiff, Brittney Moseley ("Plaintiff"), proceeding pro se, alleges as follows:

I. JURISDICTION AND VENUE
1. This action arises under the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681 et seq.
2. This Court has jurisdiction pursuant to 15 U.S.C. § 1681p and 28 U.S.C. § 1331.
3. Venue is proper in this district under 28 U.S.C. § 1391(b) because Defendant is located in this district and the events giving rise to this claim occurred here.

II. PARTIES
4. Plaintiff is a natural person residing in 205 Hollis Rd. Apt 208 Charlotte, North Carolina, 28209. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c).
5. Defendant Latino Community Credit Union ("Defendant") is a credit union headquartered in Durham, North Carolina, and is a "person" as defined by 15 U.S.C. § 1681a(b).

III. FACTUAL ALLEGATIONS
6. On or about April 10, 2025, Defendant accessed Plaintiff's consumer credit report from Equifax without Plaintiff's knowledge or consent.
7. Plaintiff never signed any written authorization or agreement granting Defendant permission to obtain her consumer credit report for any reason.
8. Plaintiff did not apply for any loan, line of credit, or other product or service that would have given Defendant a "permissible purpose" under 15 U.S.C. § 1681b(a) Plaintiff only requested a Membership checking account.
9. Defendant has failed and refused to produce any documentation showing a permissible purpose existed.
10. Defendant is a sophisticated financial institution, fully aware of its obligations under the FCRA, and knew or should have known that obtaining Plaintiff's report without a permissible purpose violated federal law.

11. On or about June 23rd, 2025, Plaintiff sent Defendant a written settlement demand letter by certified mail, giving Defendant ten (10) days to respond. Defendant failed to meet this deadline.
12. As a result of Defendant's unlawful conduct, Plaintiff has suffered:
- Emotional distress including anxiety, anger, and loss of sleep;
- Harm to creditworthiness by having an unauthorized credit inquiry appear on her report;
- Ongoing risk of further harm from potential data misuse; and    - Time and resources spent monitoring credit and seeking resolution.

IV. CLAIMS FOR RELIEF

COUNT I – Violation of the FCRA – 15 U.S.C. § 1681b  14. Defendant willfully and/or negligently obtained Plaintiff's consumer report without a permissible purpose, in violation of the FCRA.

COUNT II – Violation of North Carolina UDTPA – N.C. Gen. Stat. § 75-1.1
15. Defendant's conduct constitutes an unfair and deceptive trade practice under North Carolina law.
16. Plaintiff is entitled to treble damages under N.C. Gen. Stat. § 75-16.

V. DAMAGES
17. Plaintiff seeks a total of $380,000, broken down as follows:
a. Statutory damages under the FCRA: $1,000.
b. Actual damages (emotional distress, reputational harm, credit score drop, time lost): $100,000.
c. Punitive damages under the FCRA: $100,000.
d. Treble damages under North Carolina UDTPA: $180,000.

V. PRAYER FOR RELIEF
WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in her favor and against Defendant for:
a. Statutory damages under 15 U.S.C. § 1681n(a)(1)(A);
b. Actual damages for emotional distress, harm to credit reputation, and other losses in an amount to be proven at trial;
c. Punitive damages for willful violation of the FCRA under 15 U.S.C. § 1681n(a)(2);
d. Treble damages N.C. Gen. Stat. § 75-16 and
e. Any other relief the Court deems just and proper.

Respectfully submitted,

Dated: August 12, 2025
Brittney Moseley, Pro Se
205 Hollis Rd. Apt 208

Charlotte, NC 28209 215-237-4581
brittneymoseley17@gmail.com

*[signature]*

8.13.25